JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON J. ANDREWS,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE BACA, et al.,<br><br>        Defendants. | Case No. 2:23-cv-02764-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint without leave to amend, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: <u>November 2, 2023</u>

                                                      DALE S. FISCHER
                                                      United States District Judge